IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VERONICA GRINDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-119-WKW |
| | ) | |
| H&H MANAGEMENT, d.b.a. | ) | |
| MCDONALD'S, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On April 19, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED; and

2. This action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 11th day of May, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE